```
 1 | DENNIS J. HERRERA, State Bar #139669
    | City Attorney
 2 | ELIZABETH S. SALVESON, State Bar #83788
    | Chief Labor Attorney
 3 | LISA B. BERKOWITZ, State Bar #167657
    | Deputy City Attorney
 4 | Fox Plaza
    | 1390 Market Street, Fifth Floor
 5 | San Francisco, California 94102-5408
    | Telephone:    (415) 554-3825
 6 | Facsimile:    (415) 554-4248
    | E-Mail:       lisa.berkowitz@sfgov.org
 7 |
    | Attorneys for Defendants
 8 | CITY & COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE TARVER JR., | Case No. C 08-3500 JCS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CITY OF SAN FRANCISCO; a public entity, et al., | |
| Defendants. | |

I, JUDY PERRY, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 23, 2008, I served the following document(s):

**Notice of Removal of Action Pursuant to 28 USC §§1441 & 1446;**
**Civil Cover Sheet;**
**Electronic Case Filing Program/E Filer Registration Form;**
**Order Setting Initial Case Management Conference;**
**Notice of Assignment of Case to a US Magistrate Judge for Trial**
**Welcome to the U.S. District Court;**
**Consenting to a Magistrate Judge's Jurisdiction in the Northern District of CA (booklet); and**
**Notice To Plaintiff and Superior Court of Removal to Federal Court;**

on the following persons at the locations specified:

Larry Murray, Esq.                         Attorney for Plaintiff
Murray & Associates
1781 Union St.
San Francisco, CA 94123

PROOF OF SERVICE; Case No. C 08-3500 JCS            1

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 23, 2008, at San Francisco, California.

/s/
JUDY PERRY

PROOF OF SERVICE; Case No. C 08-3500 JCS          2

N:\LABOR\LI2008\081493\00498384.DOC