UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE TARVER JR.,

    Plaintiff(s),

v.

CITY OF SAN FRANCISCO, a public entity, et al.,

    Defendant(s).

No. C 08-3500 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/22/08

Signature: [signed]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")