> The case management conference has been continued to 9/11/09 @ 3:00 p.m. A joint statement shall be filed a week prior to the conference. Requests continue should be filed as seperate documents along with a proposed order. If Plaintiff plains to move to amend the complaint, he must do so immediately.
>
> *IT IS SO ORDERED*
> *Susan Illston*
> Judge Susan Illston

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LISA B. BERKOWITZ, State Bar #167657
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3825
6  Facsimile:    (415) 554-4248
   E-Mail:       lisa.berkowitz@sfgov.org
7
8  Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE TARVER JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN FRANCISCO, a public entity, *et al.*, <br><br> Defendants. | Case No. C-08-03500 SI <br><br> **JOINT CASE MANAGEMENT STATEMENT FOR THIRD CASE MANAGEMENT HEARING** <br><br> FRCP, Rule 26(f) <br> Civ. L.R. 16-9(a) <br><br> CMC Date:  May 22, 2009 <br> Time:      3:00 p.m. <br> Ctrm:      10, 19th Floor <br>            Honorable Susan Illston <br><br> Action Filed:  June 8, 2008 <br> Trial Date:    December 7, 2009 |

1

JOINT CASE MANAGEMENT STATEMENT; CASE NO. C08-03500SI

z:\tarver, theodore (ldm)\case #2 app
for return to
service\pleadings\tarvcmc3
2009.05.13.doc

Having met and conferred as required by Federal Rule of Civil Procedure 26(f), the parties hereby submit the following case management statement. The parties only include the sections of the initial case management statement previously submitted to this Court in which there are changes or status updates.

IV. **Motions**

Defendant anticipates bringing a summary judgment motion on plaintiff's entire complaint by August 5, 2009. Pursuant to the Court's scheduling Order, the hearing on that motion will be September 11, 2009.

VI. **Discovery**

The City has taken Plaintiff's deposition. The City does not anticipate taking any other depositions in this case at this time. Plaintiff has noticed the deposition of the person most knowledgeable of 17 categories of information. Some of those depositions are scheduled for May 15, 2009. It is likely the remaining depositions will occur within one to two weeks after that.

The parties have exchanged written discovery requests and responses.

XIII. **Any other matters:**

Plaintiff sees leave of court to add claims under 42 USC 1983, specifically

(a) Civil Rights - Taking of Chosen Profession (42 USC 1983/ *Squaw Valley*)

Defendant will oppose any such motion to amend based on *Engquist v. Oregon Dept. of Agriculture*, 128 S.Ct. 2146 (June 9, 2008), in which the Supreme Court recently declined to extend the "class of one" equal protection claim set forth in *Squaw Valley Development Company v. Goldberg*, 375 F.3d 936 (9th Cir. 2004) to public employment. Defendant will also oppose the motion on timeliness and prejudice grounds.

The parties hereby stipulate that a further CMC hearing is not necessary at this time in this case. The parties have no objection to the Court taking the May 22, 2009 hearing off calendar.

Dated: 5/13/09

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: /s/ Lisa B. Berkowitz
LISA B. BERKOWITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: 5/13/09

By: /s/ Lawrence D. Murray
LAWRENCE D. MURRAY, ESQ.
MURRAY & ASSOCIATES
Attorney for Plaintiff
THEODORE TARVER, JR.

---

3
JOINT CASE MANAGEMENT STATEMENT; CASE NO. C08-03500SI

z:\tarver, theodore (ldm)\case #2 app
for return to
service\pleadings\tarvcmc3
2009.05.13.doc