Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555  Fax: (415) 928-4084
Attorneys for Plaintiff  THEODORE TARVER JR.

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3825
Facsimile:      (415) 554-4248
E-Mail:          lisa.berkowitz@sfgov.org

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE TARVER JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN FRANCSCO, a public entity, Does 1 through 100, inclusive, <br><br> Defendants. | No. CV-08-3500 SI (JCS) <br><br> **STIPULATION FOR ALL PURPOSES AND ORDER RE RECEIPT OF FEDERAL FUNDS BY THE SAN FRANCISCO POLICE DEPARTMENT DURING FISCAL YEAR 2008-2009** |

## STIPULATION FOR ALL PURPOSES

It is hereby stipulated by and between the parties through their respective attorneys' as follows:

(1.) The parties stipulate that funds from the United States Government provided approximately .61 percent (.61%) of the overall 433 million dollar budget of the San Francisco Police Department for the 2008-2009 fiscal year. Specifically, the federal funding went to the following SFPD programs: the DNA Efficiency Grant (almost 50%) and various other internal projects, such as the Safe Street Project.

Date 7-9-09

MURRAY & ASSOCIATES

*[signature]*

Lawrence D. Murray
Attorney for Theodore Tarver

Date 7/9/09

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: *[signature]*
LISA B. BERKOWITZ
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*Tarver v. City of San Francisco*; USDC, Northern Dist. of San Francisco, Case No. CV-08-3500 SI (JCS) Page 2
Stipulation For All Purposes And Order Re Receipt of Federal Funds For Fiscal 2008-2009

TOTAL P.02

# ORDER RE APPLICATION OF THE STIPULATION OF FUNDS RECEIVED

The Stipulation is accepted by the Court for all purposes.

Date: _____    By: _____
                             Hon. Susan Illston
                             U.S. District Court Judge

---

*Tarver v. City of San Francisco*; USDC, Northern Dist. of San Francisco, Case No. CV-08-3500 SI (JCS)    Page 3
Stipulation For All Purposes And Order Re Receipt of Federal Funds For Fiscal 2008-2009