1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
3 | LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 5th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3825
6 | Facsimile:     (415) 554-4248
E-Mail:        lisa.berkowitz@sfgov.org
7 |
Attorneys For Defendant
8 | CITY AND COUNTY OF SAN FRANCISCO

9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | THEODORE TARVER JR.,                    Case No. CV 08-03500 SI

14 |        Plaintiff,                       **STIPULATION FOR EXTENSION OF TIME
                                             TO CONDUCT EXPERT DISCOVERY AND**
15 |        vs.                              **PROPOSED ORDER**

16 | CITY OF SAN FRANCISCO,                  Civ. L.R. 7-12; 6-1(b)
     a public entity, et al.,
17 |                                         Date Action Filed:    June 9, 2008
            Defendants.                      Trial Date:           December 7, 2009
18

19

20

21          The parties herein hereby stipulate to an extension of time to conduct expert discovery in this

22  case.  The parties stipulate that the deadline for completion of expert disclosure be continued from July

23  24, 2009, as set forth in this Court's November 4, 2008 Proetrial Preparation Order, to August 28,

    2009.
24

25

26

27

28

Stip & Order re Extenstion on Expert Disc. Cut-Off        1         n:\labor\li2009\081493\00568304.doc
Case No.  CV 08-03500 SI

**IT IS SO STIPULATED.**

1

2 | Dated: 7/16/09

3 |                                        DENNIS J. HERRERA
                                           City Attorney
4 |                                        ELIZABETH SALVESON
                                           Chief Labor Attorney
5 |                                        LISA B. BERKOWITZ
                                           Deputy City Attorney
6

7 |                                        By: _____
8 |                                        LISA B. BERKOWITZ
                                           Attorneys for Defendant
9 |                                        CITY AND COUNTY OF SAN FRANCISCO

10

11 | Dated: 7-15-09

12 |                                        MURRAY & ASSOCIATES

13 |                                        _____
14 |                                        LAWRENCE D. MURRAY, Esq.
                                           Attorney for Plaintiff
15 |                                        THEODORE TARVER, JR.

16 |                              **PROPOSED ORDER**

17 |            PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19 | Dated:

20 |                                        _____
21 |                                        HON. SUSAN ILLSTON
                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stip & Order re Extenstion on Expert Disc. Cut-Off        2        z:\tarver, theodore (ldm)\case #2 app for return to
Case No. CV 08-03500 SI                                            service\pleadings\stipulationrere lb.doc