Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:    (415) 673-0555
Fax:   (415) 928-4084
Attorneys for Plaintiff
THEODORE TARVER JR.


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3825
Facsimile:    (415) 554-4248
E-Mail:        lisa.berkowitz@sfgov.org
Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE TARVER JR., <br><br>  Plaintiff, <br><br> vs. <br><br> CITY OF SAN FRANCSCO, a public entity, Does 1 through 100, inclusive, <br><br>  Defendants. | No. CV-08-3500 SI <br><br> **STIPULATION FOR ORDER AND [proposed] ORDER EXTENDING EXPERT DISCOVERY** |

The parties herein hereby stipulate to an extension of time to conduct expert discovery in this case. The parties stipulate that the deadline for completion of expert discovery be continued from August 28, 2009, as set forth in this Court's Order Extending Discovery filed July 17, 2009, to October 9, 2009.

IT IS SO STIPULATED.

                MURRAY & ASSOCIATES

August 26, 2009        /S/_____
                                   Lawrence D. Murray
                                   Attorney for Plaintiff Theodore Tarver Jr.


                                   DENNIS J. HERRERA
                                   City Attorney
                                   ELIZABETH S. SALVESON
                                   Chief Labor Attorney
                                   LISA B. BERKOWITZ
                                   Deputy City Attorney

August 26, 2009        /S/_____
                                   LISA B. BERKOWITZ
                                   Attorneys for Defendant
                                   CITY AND COUNTY OF SAN FRANCISCO


**ORDER EXTENDING EXPERT DISCOVERY**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

August ___, 2009       _____
                                  Hon. Susan Illston
                                  U.S. District Court Judge