1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE TARVER JR,                          No. C 08-03500 SI

                    Plaintiff,               **JUDGMENT**

   v.

CITY OF SAN FRANCISCO, *et al.*,

                    Defendants.
_____/

        Defendants' motion for summary judgment is granted and plaintiff's motion for summary

judgment is denied.  Judgment is entered accordingly.


        **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2009                     _____
                                             SUSAN ILLSTON
                                             United States District Judge